IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS PETTIS, | ) | 4:06CV3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNKNOWN WILLIAMS, Dr., and | ) | |
| MICHELLE UNKNOWN, Asst., | ) | |
| | ) | |
| Defendants. | ) | |

   This matter is before the court on its own motion. The final pretrial conference in this matter was scheduled by telephone for April 9, 2008. (Filing No. 22.) However, Plaintiff did not appear by telephone and therefore did not participate in the final pretrial conference. Defendants have informed the court that Plaintiff's address and telephone number are unknown.

   Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

   IT IS THEREFORE ORDERED that:

   1.   Plaintiff shall have until May 14, 2008 to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

   2.   The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: May 14, 2008: deadline for informing court of new address.

April 14, 2008.                    BY THE COURT:


                                   s/ Joseph F. Bataillon
                                   Chief United States District Judge