IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THOMAS PETTIS, | ) | 4:06CV3177 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
|  | ) | **AND ORDER** |
| UNKNOWN WILLIAMS, Dr., and MICHELLE UNKNOWN, Asst., | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Extend Progression Order Deadlines. (Filing No. 27.) In their Motion, Defendants seek an extension of time to file their Motion for Summary Judgment. (*Id.*) The Motion for Summary Judgment has been filed. (Filing No. 26.) For good cause shown, Defendants' Motion to Extend is granted. On the court's own motion, Plaintiff shall have until August 18, 2008 to file a response to Defendants' Motion for Summary Judgment. Pending the decision on Defendants' Motion for Summary Judgment, the Final Pretrial Conference is cancelled.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Extend Progression Order Deadlines (filing no. 27) is granted.

2. Plaintiff shall have until August 18, 2008 to file a response to Defendants' Motion for Summary Judgment. In the event that Plaintiff fails to file a response by that date, the court will rule on the Motion for Summary Judgment without further notice.

3.     In the event that Plaintiff files a response to the Motion for Summary Judgment, Defendants shall have 10 days from the date of the response to file a reply brief.

4.     The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: August 18, 2008: deadline for Plaintiff's response to Motion for Summary Judgment.

5.     The Final Pretrial Conference, previously set for August 21, 2008 at 9:00 a.m., is cancelled.

6.     The Clerk of the court is directed to send a copy of this Memorandum and Order to Magistrate Judge Piester.

July 25, 2008.                    BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge